# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DOCULYNX, INC.,** a Nebraska Corporation, | ) ) ) | |
| Plaintiff, | ) ) | 8:15CV183 |
| V. | ) ) | |
| **TECH TREK, LIMITED,** a UK Corporation, | ) ) ) | **SHOW CAUSE ORDER** |
| Defendant. | ) ) ) | |

The above-captioned suit was filed on May 27, 2015. To date, no activity has taken place in the action. Plaintiff has not requested summons or served Defendant.

Accordingly,

**IT IS ORDERED** that by or before October 12, 2015, Plaintiff shall show cause why this action should not be dismissed for lack of prosecution. Failure to comply with this Order may result in the dismissal of this action without further notice.

**DATED September 28, 2015.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**